Octavio Cardona-Loya II (SBN 255309)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
vito@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TABITHA COPLEY, an individual, | Case No.: 3:16-cv-00827-GPC-JLB |
| Plaintiff, | **Notice of Settlement** |
| v. | |
| TRANS UNION LLC, a limited liability company; and DOES 1 through 10 inclusive, | |
| Defendants. | |

**PLEASE TAKE NOTICE THAT** Plaintiff Tabitha Copley ("Plaintiff") and Defendant Trans Union, LLC ("Trans Union") have reached an agreement on all material terms required to settle all of Plaintiff's claims against Trans Union in this pending action.

The parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date this notice is filed with the Court, at which time the parties shall file a joint stipulation for dismissal.

Dated: May 20, 2016            /s/ Octavio Cardona-Loya II            .
                               Octavio Cardona-Loya II,
                               Attorney for Plaintiff Tabitha Copley

Dated: May 20, 2016                 /s/Donald E. Bradley                           .
                                    Donald E. Bradley
                                    Attorney for Trans Union, LLC

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Donald E. Bradley, Esq. and that I have obtained counsel's authorization to affix his electronic signature to this document.


Dated: May 20, 2016                 /s/ Octavio Cardona-Loya II            .
                                    Octavio Cardona-Loya II,
                                    Attorney for Plaintiff Tabitha Copley