# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TABITHA COPLEY, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TRANS UNION LLC, a limited liability company; and DOES 1 through 10 inclusive,<br><br>　　　　　Defendants. | Case No.: 3:16-cv-00827-GPC-JLB<br><br>**Order Granting Joint Motion to Dismiss** |

　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Local Rule 7.2 and the parties' joint motion, this case is dismissed with prejudice.

　　　IT IS SO ORDERED.

Dated:  June 20, 2016

　　　　　　　　　　　　　　　　　　　　　　　／s／ Gonzalo Curiel
　　　　　　　　　　　　　　　　　　　　　　Hon. Gonzalo P. Curiel
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1